The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL CAMILLERI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | No. 2:26-cv-03300<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff MICHAEL CAMILLERI ("Plaintiff") and Defendant META PLATFORMS, INC. ("Defendant") (together, the "Parties"), by and through their counsel of record, hereby stipulate and agree, subject to the Court's approval, to extend the deadline for Defendant to respond to the Complaint (Dkt. 1-2) to November 5, 2026. In support of this stipulation, the Parties state as follows:

1. On August 12, 2026, Plaintiff filed his Complaint in the Superior Court of the State of Washington, King County. Dkt. 1-2.

2. On August 13, 2026, Plaintiff served Defendant with the Complaint via out-of-state personal service. Dkt. 5 at 11.

3. On September 14, 2026, Defendant removed this action to the United States District Court, Western District of Washington. Dkt. 1.

4. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's deadline to respond to the Complaint is September 21, 2026.

5. The Parties stipulate and agree to extend the deadline for Defendant to respond to the Complaint by 45 days, to November 5, 2026.

6. Good cause exists for this requested extension. This action was originally filed in King County Superior Court and removed to this Court on September 14, 2026. The extension will allow Defendant sufficient time to evaluate the claims asserted in the Complaint.

7. The Parties have not sought or obtained prior extensions of time in this matter.

STIPULATED this 21st day of September, 2026.

*The undersigned certify that this stipulated motion contains 227 words, in compliance with the Local Civil Rules.*

Dated: September 21, 2026

*s/ Lauren J. Tsuji*
Charles C. Sipos (WSBA No. 32825)
Lauren J. Tsuji (WSBA No. 55839)
Meeghan Dooley (WSBA No. 61735)
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
*charles.sipos@ashurstperkins.com*
*lauren.tsuji@ashurstperkins.com*
*meeghan.dooley@ashurstperkins.com*

*Attorneys for Defendant Meta Platforms, Inc.*

Dated: September 21, 2026

*s/ Jonas B. Jacobson*
Cody Hoesly (WSBA No. 41190)
**BARG SINGER HOESLY PC**
1000 SW Broadway, Suite 900
Portland, OR 97205
Telephone: +1.503.241.3311
*choesly@bargsinger.com*

Jonas B. Jacobson (WSBA No. 62890)
Simon Franzini (WSBA No. 63689)

**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: +1.310.656.7066
Facsimile: +1.310.656.7069
*jonas@dovel.com*
*simon@dovel.com*

*Attorneys for Plaintiff Michael Camilleri*

**ORDER**

Having considered the Parties' Stipulated Motion to Extend the Deadline for Defendant to Respond to the Complaint, the Court GRANTS the Stipulated Motion. Dkt. No. 11. Defendant's deadline to respond to the Complaint is extended to November 5, 2026.

Dated this 22nd day of September, 2026.

Kymberly K. Evanson
United States District Judge