The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CAMILLERI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

No. 2:26-cv-03300

**STIPULATED MOTION AND ORDER REGARDING MOTION TO STAY**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Michael Camilleri ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on August 12, 2026, Plaintiff filed his Complaint in the Superior Court of the State of Washington, King County, including claims under Washington's Commercial Electronic Mail Act and Consumer Protection Act (Dkt. No. 1-2);

WHEREAS, on September 14, 2026, Defendant removed this action to this Court (Dkt. No. 1);

WHEREAS, on September 16, 2026, the Court issued its Order Regarding Initial Disclosures and Joint Status Report ("Status Report Order") (Dkt. No. 10) setting deadlines for a

Rule 26(f) Conference (October 7, 2026), Initial Disclosures (October 21, 2026), and submission of a Joint Status Report and Discovery Plan (October 28, 2026);

WHEREAS, on September 21, 2026, the Parties stipulated to extend the deadline for Meta to respond to the Complaint to November 5, 2026, to allow Meta sufficient time to evaluate the claims asserted in the Complaint (Dkt. No. 11);

WHEREAS, on September 22, 2026, the Court granted this stipulation (Dkt. No. 12);

WHEREAS, upon review of the dockets in similar matters before this Court, the Parties have noted the Court's issuance of Orders to Show Cause ("OSCs") pertaining to the potential effect of the Ninth Circuit's forthcoming ruling in *Montes v. Penney OpCo, LLC*, No. 26-241 (9th Cir. 2026) ("*Montes*"). *See, e.g.*, *Talley v. Everlane, Inc.*, No. 26-0007-KKE (Dkt. No. 23, May 21, 2026); *Cultrara v. Timex Grp. USA Inc.*, No. 26-0445-KKE (Dkt. No. 33, June 12, 2026); *Bennett v. Perf Opco, LLC*, No. 26-cv-1822-KKE (Dkt. No. 21, June 18, 2026);

WHEREAS, in an effort to conserve Court and Party resources, the Parties have stipulated to affirmatively bring the issues raised in these OSCs before the Court through motion practice. Specifically, the Parties intend to brief their respective positions on: (1) whether this matter should be stayed pending the Ninth Circuit's decision in *Montes*; (2) whether this Court has Article III subject matter jurisdiction over the Complaint in this action;

WHEREAS, the Parties agree that it will save substantial Court and Party resources to brief these issues prior to briefing any motion to dismiss;

WHEREAS, the Parties further agree that the deadlines set forth in the Court's Status Report Order should be vacated and that good cause exists for that relief given that the Parties intend to brief issues of subject matter jurisdiction and because of the potential for later Rule 12 briefing in response to the Complaint;

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties through their respective undersigned counsel, that:

1. By November 6, 2026, the Parties shall each submit briefs not in excess of 2,400 words addressing: (1) whether this matter should be stayed pending the Ninth Circuit's decision in *Montes*; and (2) whether this Court has Article III subject matter jurisdiction over the Complaint in this action;
2. All remaining case deadlines, including the existing deadline for Meta to respond to the Complaint and the deadlines set in the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 10), shall be held in abeyance until the Court issues its ruling in response to the Parties' briefing regarding *Montes* and subject matter jurisdiction.

STIPULATED this 8th day of October, 2026.

Dated: October 8, 2026

*s/ Charles C. Sipos*
Charles C. Sipos (WSBA No. 32825)
Lauren J. Tsuji (WSBA No. 55839)
Meeghan Dooley (WSBA No. 61735)
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
*charles.sipos@ashurstperkins.com*
*lauren.tsuji@ashurstperkins.com*
*meeghan.dooley@ashurstperkins.com*

*Attorneys for Defendant Meta Platforms, Inc.*

Dated: October 8, 2026

*s/ Jonas B. Jacobson*
Cody Hoesly (WSBA No. 41190)
**BARG SINGER HOESLY PC**
1000 SW Broadway, Suite 900
Portland, OR 97205
Telephone: +1.503.241.3311
*choesly@bargsinger.com*

Jonas B. Jacobson (WSBA No. 62890)
Simon Franzini (WSBA No. 63689)

**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: +1.310.656.7066
Facsimile: +1.310.656.7069
*jonas@dovel.com*
*simon@dovel.com*

*Attorneys for Plaintiff Michael Camilleri*

**ORDER**

Having considered the parties' stipulated motion regarding Meta's motion to stay, the Court GRANTS the motion (Dkt. No. 13) and ORDERS as follows:

(1) No later than November 6, 2026, the parties shall each submit briefs not in excess of 2,400 words addressing: (1) whether this matter should be stayed pending the Ninth Circuit's decision in *Montes*; and (2) whether this Court has Article III subject matter jurisdiction over the Complaint in this action; and

(2) All remaining case deadlines, including the existing deadline for Meta to respond to the Complaint and the deadlines set in the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 10), are VACATED and will be re-set as necessary after the Court issues its ruling in response to the parties' briefing regarding *Montes* and subject matter jurisdiction.

Dated this 8th day of October, 2026.

Kymberly K. Evanson
United States District Judge